UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                              :

In re Application of AI CHENG for an Order
to take discovery for use in foreign         :    Case No.: 23-mc-294 (JPO)
proceedings pursuant to 28 U.S.C. § 1782

                                              :

                    Petitioner.              :    **ORDER**

                                              :
------------------------------------------------------------ X

       Upon consideration of the ex parte application submitted by Petitioner Ai Cheng for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding; the accompanying memorandum of law; and Declarations of John Piskora, Esq. and Ai Cheng (together with exhibits thereto),

       IT IS HEREBY ORDERED that:

       1.       The ex parte application for discovery from Bank of America, NA pursuant to 28 U.S.C. § 1782 is granted;

       2.       The Petitioner is authorized to take discovery relating to the issues identified in her application from Bank of America, NA in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving upon Bank of America, NA a subpoena for the production of documents listed in the form of the subpoenas attached collectively as Exhibit 2 to the Piskora Declaration;

       3.       Bank of America, NA is hereby directed to comply with the subpoena in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

       4.       John Piskora, Esq. of Loeb & Loeb LLP is hereby appointed to issue, sign, and serve the subpoenas upon Bank of America, NA on behalf of Petitioner;

       5.       A copy of this order shall be served together with the service of any subpoena; and

6.	This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas.

7.	This order is without prejudice to any application to quash or modify the subpoena.

The Clerk is directed to close the motion at ECF No. 6.

Dated:  August 30, 2023

_____
J. PAUL OETKEN
United States District Judge